# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Global Weather Productions, LLC

                                Plaintiff,

v.                                                                              Case No.: 1:24−cv−10758

                                                                               Honorable John F. Kness

Diverse Insurance Solutions, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable John F. Kness: Telephonic status hearing held on 10/29/2025. For the reasons stated on the record, Defendant's motion to dismiss [21] is denied. Defendant's answer to the first amended complaint must be filed on or before 11/13/2025. The parties are directed to meet and confer on the status of ongoing discovery. If they seek a modification of the existing scheduling order, the parties must file a motion. The Court sets a case tracking hearing for 12/4/2025 at 9:30 A.M. The parties are to use the following call−in number: 1−855−244−8681, Access Code: 2315 003 3696. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.